UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:25-cr-125-TPB-PRL
21 U.S.C. § 2402(a)

PAUL ALEXANDER ASKEW

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Conspiracy to Influence Major International Sports Competition by Doping)**

From on or about July 10, 2023, and continuing through on or about January 31, 2024, in the Middle District of Florida, and elsewhere, the defendant,

PAUL ALEXANDER ASKEW,

did knowingly carry into effect, attempt to carry into effect, and conspire with other persons, both known and unknown to the Grand Jury, to carry into effect a scheme in commerce to influence by use of a prohibited substance and prohibited method a major international sports competition, to wit: providing performance enhancing drugs to an athlete competing in and intending to compete in the 2023 Ed Murphey Classic, 2023 Xiamen Diamond League, 2023 Prefontaine Classic, 2024 American Outdoor Track and Field Championships, 2024 World Athletics Indoor Championships, 2024 United States Olympics Trials, and the 2024 Summer Olympics in Paris.

In violation of 21 U.S.C. §§ 2402 and 2403.

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to provisions of 21 U.S.C. § 2403(a)(2).

2. Upon conviction of a violation of 21 U.S.C. § 2402, the defendant shall forfeit to the United States of America, pursuant to 21 U.S.C. § 2403(a)(2), any property, real or personal, tangible or intangible, which (1) was used or intended to be used, in any manner, to commit or facilitate the violation of 21 U.S.C. § 2402; and (2) constitutes or is traceable to the proceeds taken, obtained, or retained in connection with or as a result of the violation of 21 U.S.C. § 2402.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Patrick M. Flanigan
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
September 25

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

PAUL ALEXANDER ASKEW

## INDICTMENT

Violations: 21 U.S.C. § 2402(a)

A true bill.

_____
Foreperson

Filed in open court this 10th day

of September 2025.

_____
Clerk

Bail $_____

GPO 863 525